■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD K. WILLIAMS, JR., Appellant. [816 NYS2d 397]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered June 15, 2005. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Kehoe, Gorski, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KIRSCH, Appellant. [816 NYS2d 397]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered February 25, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted sexual abuse in the first degree (seven counts) and sexual abuse in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Kehoe, Gorski, Green and Pine, JJ.